UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SHERRI RAMOS BRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 2:19-CV-13-D** |
| ANDREW M. SAUL, Commissioner of Social ) | |
| Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R and overrules the objections. The court OVERRULES plaintiff's objections to the M&R [D.E. 28], OVERRULES defendant's objections to the M&R [D.E. 29], ADOPTS the conclusions in the M&R [D.E. 27], GRANTS plaintiff's motion for judgment on the pleadings [D.E. 17], DENIES defendant's motion for judgment on the pleadings [D.E. 24], and REMANDS the action to the Commissioner for further consideration as described in the M&R.

**This Judgment Filed and Entered on July 7, 2020, and Copies To:**
| | |
|---|---|
| Branch W. Vincent, III | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |

DATE:                                        PETER A. MOORE, JR., CLERK
July 7, 2020                           (By) /s/ Nicole Sellers
                                                      Deputy Clerk